UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 08 mj 0070 |
| Plaintiff | ) | CRIMINAL NO. _____ |
| vs. | ) | ORDER |
| | ) | RELEASING MATERIAL WITNESS |
| Peter Dotinga | ) | |
| Defendant(s) | ) | Booking No. |

On order of the United States District/Magistrate Judge, **LOUISA S. PORTER**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Gelacio Ortega-Lopez

DATED: 1/14/2008

RECEIVED 2008 JAN 14 AM 4:30 U.S. MARSHAL SOUTHERN DISTRICT OF CALIFORNIA

**LOUISA S. PORTER**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082