# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

**RECEIVED** 2008 JAN 17 P II: 04
U.S. MARSHAL
SOUTHERN DISTRICT OF

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL NO. **08mj0070** |
| Plaintiff ) | |
| ) | ORDER |
| vs. ) | |
| **Peter Dotinga** ) | RELEASING MATERIAL WITNESS |
| ) | |
| Defendant(s) ) | Booking No. |

On order of the United States District/(Magistrate Judge),

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: ((Bond Posted) / Case Disposed / Order of Court).

**Javier Vasquez-Reyes**

DATED: **1/17/08**

Louisa S. Porter

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____    OR
DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____ Deputy Clerk