AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF _____

UNITED STATES OF AMERICA

V.

Peter Christopher Dotinga, Jr.

**WAIVER OF INDICTMENT**

Title 8, USC Sec. 1324(a)(2)(B)(iii),
Title 18 USC Sec. 2

CASE NUMBER: 08MJ0070
08CR162-JAH

FILED JAN 24 2008

I, __Peter Christopher Dotinga, Jr.__, the above named defendant, who is accused of

violations of: Title 8 USC Sec. 1324(a)(2)(B)(iii),
Title 18 USC Sec. 2

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on __1/24/08__ _Date_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer